| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Antonio R Espinosa, LLC<br>534 Westfield Avenue<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>andespbk@gmail.com<br>Attorney for the Debtor | Case No.: | 19-31792 |
| | Chapter: | 13 |
| In Re:<br>Juan Rodriguez,<br>　　　(Debtor). | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | JKS |

## CERTIFICATION OF SERVICE

1. I, _____Antonio R Espinosa_____ :

    ☒ represent _____debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____9/19/2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    (i) Application for Extension of Loss Mitigation Period
    (ii) Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __9/19/2020__                             /s/ Antonio R Espinosa
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann-Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07003 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Rez, LLC<br>dba Shellpoint Mortgage Servicing<br>Attn: Managing Officer<br>P.O. Box 10826<br>Grenville, SC 29603-0826 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hill Wallack, LLP<br>21 Roszel Road<br>Princeton, NJ 08543 | Counsel for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*