| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Antonio R Espinosa, Esq.<br>ANDRIL & ESPINOSA, LLC<br>534 Westfield Avenue<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>andespbk@gmail.com | Order Filed on September 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Juan Rodriguez,<br>            (Debtor). | Case No.:   19-31792<br>Chapter:   13<br>Judge:   JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/30/2019 :

Property:  339 N. 16th Street, Kenilworth, NJ 07003

Creditor:  Shellpoint Mortgage Servicing

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  12/30/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2