Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–31792–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Juan Rodriguez
  aka Juan V Rodriguez
  339 N 16th
  Kenilworth, NJ 07033

Social Security No.:
  xxx–xx–8111

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/27/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 27, 2021
JAN: zlh

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                         Case No. 19-31792-JKS

Juan Rodriguez                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2

Date Rcvd: Jan 27, 2021                    Form ID: 148                        Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Rodriguez, 339 N 16th, Kenilworth, NJ 07033-1070 |
| 518577013 | #+ | KML Law Group PC, 216 Haddon Avenue, Ste. 406, Collingswood, NJ 08108-2812 |
| 518577015 | | New Rez LLC fka New Penn Financial, dba Shellpoint Mortgage Servicing, P.O. Box 740039, Cincinnati, OH 45274-0039 |
| 518675595 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518636948 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518577017 | + | VW Credit Line, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518577007 | | EDI: CAPITALONE.COM | Jan 28 2021 02:08:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518602029 | + | EDI: AIS.COM | Jan 28 2021 02:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518577008 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 22:35:40 | Credit One Bank N.A., c/o Lvnv Funding Llc, P.O. Box 1269, Greenville, SC 29602-1269 |
| 518577010 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 27 2021 22:17:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 518577014 | | Email/Text: krivera@leadersfc.com | Jan 27 2021 22:16:00 | Leaders Financial Comp, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 518591586 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 22:36:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518599644 | + | EDI: AIS.COM | Jan 28 2021 02:13:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518577016 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 27 2021 22:17:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 518670510 | | EDI: WFFC.COM | Jan 28 2021 02:08:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518577019 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 27 2021 22:17:00 | West Lake Financial, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 518679859 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 27 2021 22:18:00 | Westlake - C/O Peritus Portfolio Services, P.O. |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 27, 2021 | Form ID: 148 | Total Noticed: 20

518577020       +  EDI: WFFC.COM

Box 141419, Irving, TX 75014-1419

Jan 28 2021 02:08:00      Wf/bobs Fn, Po Box 14517, Des Moines, IA 50306-3517

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518577009 | *+ | Credit One Bank N.A., c/o Lvnv Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 518577012 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 518577011 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 518577018 | *+ | VW Credit Line, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Antonio R. Espinosa | on behalf of Debtor Juan Rodriguez Andespbk@gmail.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6